**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.16-CR-20046-SCOLA

UNITED STATES OF AMERICA
Plaintiff,

vs.

CESAR T. LOPEZ
Defendant,
_____/

**OBJECTIONS TO PRE SENTENCE INVESTIGATION**

    COMES NOW Cesar Lopez by and through his undersigned counsel and files his objections to the pre sentence investigation.

1.- <u>At Page 6 Paragraph</u> 12 The Defendant has provided a statement which satisfies the criteria of 5C1.2(a)(5). He therefore is entitled to the safety valve.

2.- <u>At Page 6 Paragraph 13</u> The defendant objects to a level 32 and argues that the appropriate level is a level 30 in that the quantity of heroin was less than three kilograms. This is according to the lab reports provided to counsel.

    If the court sustains the defendant's objections his total offense level should be

```
30   Base Offense Level
-2   Acceptance
-1   Timely notification
-2   Safety Valve
25   Total Offense Level
```

    Based on a total offense level of 25 and a criminal history category I the guideline imprisonment range is 57 to 71 months.

Respectfully Submitted,

s/LOUIS CASUSO_____
LOUIS CASUSO, Esq.
FL. Bar Number 0179470
Law Offices of Louis Casuso
14 NE 1st Avenue, Suite 702
Miami, FL 33132
(305) 374-1500
(305) 374-0127 fax
Email: lclouielaw@aol.com

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 18TH day of May, 2016.

BY: S/LOUIS CASUSO_____
    LOUIS CASUSO, Esq.