**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.16-CR-20046-SCOLA

UNITED STATES OF AMERICA
Plaintiff,

vs.

CESAR T. LOPEZ
Defendant,
_____/

### DEFENDANT'S REPLY TO PROBATION'S RESPONSE'S TO DEFENDANT'S OBJECTIONS TO THE PRE SENTENCE REPORT

1.- Regarding the safety valve statement, the defendant met with the agents on April 22,2016 on the seventh floor of the Ferguson Building and gave the agents a detailed account of what happened in the case, as well as additional information in an effort to earn a substantial assistance credit.

After that, the defendant provided the prosecutor a written statement summarizing what happened in the case, moreover, the defendant adopted the statement of facts stated by the Government during the plea. We believe this satisfies the safety valve requirement.

> §5C1.2. **LIMITATION ON APPLICABILITY OF STATUTORY MINIMUM SENTENCES IN CERTAIN CASES** (a) Except as provided in subsection (b), in the case of an offense under 21 U.S.C. § 841, § 844, § 846, § 960, or §963, the court shall impose a sentence in accordance with the applicable guidelines without regard to any statutory minimum sentence, if the court finds that the defendant meets the criteria in 18 U.S.C. § 3553(f)(1)-(5) set

>forth below:(1)the defendant does not have more than 1 criminal history point, as determined under the sentencing guidelines before application of subsection (b)of §4A1.3(Departures Based on Inadequacy of Criminal History Category); (2) the defendant did not use violence or credible threats violence or possess a firearm or other dangerous weapon (or induce another participant to do so)in connection with the offense; (3) the offense did not result in death or serious bodily injury to any person;(4) the defendant was not an organizer, leader, manager, or supervisor of others in the offense, as determined under the sentencing guidelines and as not engaged in a continuing criminal enterprise, as defined in 21 U.S.C.§848; and (5) not later than the time of the sentencing hearing, the defendant has truthfully provided to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan, but the fact that the defendant has no relevant or useful other information to provide or that the Government is already aware of the information shall not preclude a determination by the court that the defendant has complied with this requirement.

A defendant has the burden of proof in Safety Valve cases by a preponderance of the evidence. <u>U.S. v. Matos</u>, 328 F.3d 34 (1st Cir. 2003); <u>U.S. v. Ajugwo</u>,82 F.3d 925 (9th Cir. 1996). The Safety Valve is actually Mandatory if the Court finds the defendant meets all five criteria. <u>U.S. v. Leonard</u>, 157 F.3d 343 (5th Cir. 1998)(holding that the safety valve reduction is mandatory, not discretionary, but finding non plain error); <u>U.S. v. Myers</u>, 104 F.3d 76 (5th Cir. 1997)), and "survives Booker's holding the guidelines advisory" (<u>U.S. v. Cardenas-Juarez</u>,469 F.3d 1331 (9th Cir. 2006); <u>U.S. v. Booker</u>, 543 U.S.

220 (2005)). Hence, the District Court must apply the "Safety Valve" Exception if the statutory requirements are met. <u>U.S. v. Quirante</u>, 486 F.3d 1273 (11th Cir. 2007)(holding that safety valve protection is not discretionary).

Under these circumstances the defendant is entitled to his safety valve credits.

2.- Even through the quantity during the negotiations was three kilograms, the reality is that the actual weight did not amount to three kilograms but was less than that. The guidelines level of 32 is for at least three to ten kilograms of heroin in actual weight. Level 32 does not apply for a quantity that is less than three kilograms (3000 grams).

The quantity seized was 2.68 kilograms.

That was according to the lab reports which were furnished to the defendant.

The level that applies to 2.68 kilograms of heroin is 30 not 32. The defendant should receive and be sentenced for a level 30 not 32.

                                                  Respectfully Submitted,

                                                  s/LOUIS CASUSO_____
                                                  LOUIS CASUSO, Esq.
                                                  FL. Bar Number 0179470
                                                  Law Offices of Louis Casuso
                                                  14 NE 1st Avenue, Suite 702
                                                  Miami, FL 33132
                                                  (305) 374-1500
                                                  (305) 374-0127 fax
                                                  Email: lclouielaw@aol.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 23rd day of May, 2016.

                                        BY: S/LOUIS CASUSO
                                                 LOUIS CASUSO, Esq.