United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Cesar T. Lopez,<br>   Movant,<br><br>v.<br><br>United States of America,<br>   Respondent. | )<br>)<br>)<br>) Case No. 17-21508-Civ-Scola<br>)<br>)<br>) |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters. On May 2, 2017, Judge White issued a Report, recommending that the Court deny the Petitioner Cesar T. Lopez's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1). (Report of Magistrate, ECF No. 5.) Lopez has not filed his objections to the Report. The time to do so has passed.

A district court judge must conduct a *de novo* review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. So when no objections are made, a report may be adopted in full without conducting *de novo* review. *Id.* Nevertheless, the Court has considered Judge White's Report, the record, and the relevant legal authorities. The Court finds Judge White's Report and Recommendation cogent and compelling.

The Court **affirms and adopts** Judge White's Report and Recommendation (**ECF No. 5**). The Court **denies** on the merits Lopez's motion to vacate his sentence (**ECF No. 1**). The Court does not issue a certificate of appealability. Finally, the Court directs the Clerk to **close** this case.

**Done and Ordered** at Miami, Florida, on June 30, 2017.

_____
Robert N. Scola, Jr.
United States District Judge